original

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED 23 APR '18 10:46 USDC-ORP

BRADLY CUNNINGHAM,

    PLAINTIFF,

vs.

SONY PICTURES ENTERTAINMENT,
a corporation; COLUMBIA TRISTAR,
a corporation; NATIONAL BROADCASTING
COMPANY AKA NBC UNIVERSAL, both corporations;
and, JANE AND JOHN DOES 1 – 100,

    DEFENDANTS.

No. 3:17-cv-01686-SI

MOTION TO COMPEL DISCOVERY

    I MOVE THIS COURT FOR AN ORDER TO COMPEL DEFENDANT National Broadcasting Company AKA NBC UNIVERSAL ("NBC") to provide answers to the FIRST SET OF WRITTEN INTERROGATORIES FOR DEFENDANT NBC (attached), and base this motion on my attached affidavit and the following:

    Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. Fed. R. Civ. P. 26(b)(1). Information is relevant for purposes of discovery if "it is reasonably calculated to lead to the

MOTION TO COMPEL DISCOVERY of FIRST SET OF WRITTEN INTERROGATORIES 1-14
FOR NBC and AFFIDAVIT OF BRADLY CUNNINGHAM     1

discovery of admissible evidence." Id. Relevant information encompasses "any matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case." <u>Oppenheimer Fund, Inc. v. Sanders</u>, 437 U.S. 340, 351, 98 S. Ct. 2380, 57 L. Ed. 2d 253b(1978). Because discovery is designed to define and clarify the issues in the case, it is not limited to the precise issues raised in the pleadings. Id., at 350-51. "The question of relevancy should be construed "liberally and with common sense" and discovery should be allowed unless the information sought has no conceivable bearing on the case." <u>Soto v. City of Concord</u>, 162 F.R.D. 603, 610 (N.D.Cal.1995), quoting <u>Miller v. Pancucci</u>, 141 F.R.D. 292, 296 (C.D.Cal.1992).  **2017 U.S. Dist. LEXIS 56284::Becker v. Carney::April 12, 2017 (9th Circuit).**

Dated:   April 18, 2018              Respectfully submitted,

*[signature: Brad Cunningham]*
Brad Cunningham

MOTION TO COMPEL DISCOVERY of FIRST SET OF WRITTEN INTERROGATORIES 1-14
FOR NBC and AFFIDAVIT OF BRADLY CUNNINGHAM                                             2

FILED 23 APR '18 10:46 USDC-ORP

## **CERTIFICATE OF SERVICE OF TRUE COPY**

I, BRADLY CUNNINGHAM, CERTIFY Defendant National Broadcasting Company AKA NBC Universal was served my Motion to Compel Discovery of First Set of Written Interrogatories 1-14 for NBC, and Affidavit of Bradly Cunningham, in CUNNINGHAM V. SONY et al., USDC NO. 3:17-cv-01686-SI, on April 18, 2018 by U.S. Mail, postage prepaid, and addressed to:

> Duane Bosworth, Attorney for the Defendant NBC
> Davis Wright Tremaine
> 1300 SW Fifth Avenue, Suite 2400
> Portland, OR 97201-5630

*/s/ Brad Cunningham*
Brad Cunningham

CERTIFICATE OF SERVICE